# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE LEE POSLOF, JR., | 1:08-cv-00722 OWW DLB HC |
|     Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO AMEND PETITIONER TO NAME PROPER RESPONDENT AND ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |
|     v. | |
| IVAN CLAY, Warden, et al., | [Doc. 8] |
|     Respondent. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On May 23, 2008, Petitioner filed the instant petition for writ of habeas corpus. (Court Doc. 1.) On May 30, 2008, the Court issued an order to show cause why the petition should not be dismissed for lack of jurisdiction by failing to name a proper respondent. (Court Doc. 5.)

    On June 9, 2008, Petitioner responded to the Court's order by filing a motion for leave to amend the petition to name a proper Respondent. (Court Doc. 8.) Petitioner names Ivan Clay, Warden.

    Petitioner's request is GRANTED, and the Clerk of Court is directed to change the name of Respondent to Ivan Clay, Warden.

    IT IS SO ORDERED.

Dated:   **June 26, 2008**                      **/s/ Dennis L. Beck**
                                                               UNITED STATES MAGISTRATE JUDGE