IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LONNIE LEE POSLOF, JR.,<br><br>                    Petitioner,<br><br>    v.<br><br>IVAN CLAY, Warden, et al.,<br><br>                    Respondent. | 1:08-cv-00722-OWW-DLB (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME (Doc. 18)<br><br>(30) THIRTY DAY EXTENSION |

    GOOD CAUSE HAVING BEEN SHOWN, Respondent is hereby granted a thirty-day extension of time, to and including October 30, 2008, to file an Answer in the above entitled matter.

    IT IS SO ORDERED.

    **Dated:**   **October 6, 2008**                 **/s/ Dennis L. Beck**
                                                                      UNITED STATES MAGISTRATE JUDGE